# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ALESSANDRA SHULTZ, INDIVIDUALLY AND AS P.N.G. FOR ROCCO SHULTZ, A MINOR,

          Respondents

    v.

SKY ZONE, LLC,

          Petitioner

: No. 97 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1) Whether the Superior Court erred in finding that the arbitration provision set forth in the Participation Agreement signed by Respondent Minor's Father Ryan Shultz ("Father") is unenforceable as to the claims of Respondent Mother Alessandra Shultz ("Respondent Mother"), where Mr. Shultz was married to and acting as Respondent Mother's agent to the extent the Participation Agreement related to the Plaintiff Minor Rocco Shultz's ("Respondent Minor") use of Petitioner's trampoline park.

(2) Whether the Superior Court erred in finding that the arbitration provision set forth in the Participation Agreement signed by Respondent Minor's Father was unenforceable as to the claims of Respondent Minor, such that Respondent Minor may now disavow this arbitration provision and bring his claims—which fall squarely within the scope of the arbitration provision—before a court of law.

The Application for Leave to File Brief of Amici Curiae filed by Get Air Management, Inc., the Pennsylvania Coalition for Civil Justice Reform, the Pennsylvania Manufacturers' Association, and the National Federation of Independent Business, Inc. is also **GRANTED**.